Lee Iglody
NV Bar No. 7757
Iglody Law
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com
*Local Counsel*

Alexander J. Santana
FL Bar No. 89584*
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>OCOTILLO PLAZA TROPICANA, LLC, a Nevada Limited Liability Company,<br><br>Defendant(s). | Case No. 2:26-cv-01412-MDC<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

/ / /

The parties, Plaintiffs John Meggs and Access 4 All, Inc. (collectively, “Plaintiffs”), and Defendants OCOTILLO PLAZA TROPICANA, LLC (collectively, “Defendant”), by and through their respective counsel, hereby submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f), and Local Rule 26-1(b).

**1.** **Discovery Cut-Off Date:** The defendant OCOTILLO PLAZA TROPICANA, LLC answered or otherwise appeared on July 21, 2026 [ECF No. 21]. The discovery cut-off date is **Monday, January 18, 2027[1].**

**2.** **Amending the Pleadings and Adding Parties:** The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **Tuesday, October 20, 2026**.

**3.** **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Thursday, November 19, 2026**. Disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **Monday, December 21, 2026[2]**.

**4.** **Dispositive Motions:** The parties shall file dispositive motions not more than thirty (30) days after the discovery cutoff date and, therefore, not later than **Wednesday, February 17, 2027**. In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days after the subsequent discovery cut-off date.

**5.** **Pretrial Order:** If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, March 19, 2027**. In the event a dispositive motion is filed, the date for the filing pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court. In the

[1] 180 days after the defendant answered or otherwise appeared is Sunday, January 17, 2027, and as such, the deadline was moved to the following business day.

[2] (30) days after the initial disclosure of experts is Saturday, December 19, 2026, and as such, the deadline was moved to the following business day.

further event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time period set forth in this paragraph.

**6.** **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order. Extensions or Modifications of the Discovery Plan and Scheduling Order: In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

**7.** **Alternative Dispute Resolution:** In compliance with Local Rule 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation.

**8.** **Alternative Forms of Case Disposition:** In compliance with 28 U.S.C. § 636(c) and Local Rule 26-1(b)(8), the parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and do not consent to the same at this time.

**9.** **Electronic Evidence:** In compliance with Local Rule 26-1(b)(9), the parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. Discussions between the parties will be ongoing as the trial date approaches and they stipulate that they intend to present any electronic evidence in a format compatible with the court's electronic jury evidence display system.

**10.** **Electronically Stored Information:**

The Parties attorneys of record in this matter are registered users with the Court's electronic filing system and as such, consent to electronic service of all documents and things electronically filed with the Court, except for pleadings and other documents set forth in Fed. R. Civ. P. 4. For documents and things that are not filed with the Court, the parties, in accordance with Fed. R. Civ. P. 5(b)(2)(F), each consent to electronic service of the same as follows: for Plaintiff, service shall be made by email to asantana@mineolaw.com; alexandrar@mineolaw.com; service@mineolaw.com; lee@iglody.com and for Defendant, service shall be made by email to petersonc@litchfieldcavo.com; pocci@litchfieldcavo.com;

**12. <u>Extensions or Modifications of Discovery Plan and Scheduling Order:</u>** Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. In accordance with LR 26-4, all motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a) A statement specifying the discovery completed;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d) A proposed schedule for completing all remaining discovery.

It is not good cause for a later request to extend discovery that the parties informally postponed discovery. No stipulations are effective until approved by the Court.

**IT IS SO STIPULATED.**

DATED: September 4, 2026

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Alexander J. Santana*
Alexander J. Santana, Esq.
FL Bar No. 89584
5600 Davie Road
Davie, Florida 33314
Telephone: (954) 463-8100
asantana@mineolaw.com
alexandrar@mineolaw.com
service@mineolaw.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

**LITCHFIELD CAVO LLP**

*/s/ Charles R. Peterson*
Charles R. Peterson, Esq.
Nevada Bar No.11680
Marisa A. Pocci, Esq.
Nevada Bar No. 10720
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
pocci@litchfieldcavo.com
petersonc@litchfieldcavo.com
*Attorneys for Defendant, Ocotillo Plaza Tropicana, LLC*

**IGLODY LAW**

*/s/ Lee I. Iglody*
Lee I. Iglody, Esq., Nevada Bar No. 7757
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 561-9934
lee@iglody.com
*Local Counsel*
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

**IT IS SO ORDERED:** Extensions of discovery or pretrial deadlines is governed by Local Rule 26-3, not Local Rule 26-4. Please note that this matter was assigned to the undersigned Magistrate Judge for trial and other dispositive matters. Please see assignment orders entered on May 8, 2026 at ECF Nos. 2 and 3.



UNITED STATES MAGISTRATE JUDGE

DATED: 9-9-26